✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN ⸻    DISTRICT OF    ⸻ CALIFORNIA ⸻

### APPEARANCE

Case Number:  07mj8843-02

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

STEVEN DANIEL BIERLY

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/12/2007 | /s/ JASON I. SER |
| Date | Signature |

| | |
|---|---|
| Jason I. Ser / Federal Defenders of SD | 201816 |
| Print Name | Bar Number |

| |
|---|
| 225 Broadway, Suite 900 |
| Address |

| | | |
|---|---|---|
| San Diego, CA  92101 | | |
| City | State | Zip Code |

| | |
|---|---|
| (619) 234-8467 | (619) 687-2666 |
| Phone Number | Fax Number |