FILED

2007 NOV -9 PM 2:21

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) | Criminal Case No. '07 CR 3056 WQH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | I N D I C T M E N T |
| v. | ) | |
| | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| ELOISE BIERLY ADAME (1), STEVEN DANIEL BIERLY (2), | ) ) ) | |
| Defendants. | ) ) | |

The grand jury charges:

Count 1

On or about October 10, 2007, within the Southern District of California, defendants ELOISE BIERLY ADAME and STEVEN DANIEL BIERLY did knowingly and intentionally import 50 kilograms and more, to wit: approximately 61.98 kilograms (136.35 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

//

//

//

CJB:fer:Imperial
11/8/07

<u>Count 2</u>

On or about October 10, 2007, within the Southern District of California, defendants ELOISE BIERLY ADAME and STEVEN DANIEL BIERLY did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 61.98 kilograms (136.35 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: November 9, 2007.

A TRUE BILL:

/s/ Foreperson

KAREN P. HEWITT
United States Attorney

By: /s/
CARLA J. BRESSLER
Assistant U.S. Attorney