```
 1  KAREN P. HEWITT
    United States Attorney
 2  PAUL S. COOK
    Assistant U.S. Attorney
 3  California State Bar No. 79010
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619)557-5687/(619)235-2757(Fax)
    Email: paul.cook@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3056-WQH |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| ELOISE BIERLY ADAME(1), | ) | |
| STEVEN DANIEL BIERLY(2), | ) | |
| | ) | |
| Defendants. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> - "None"

1  Effective this date, <u>the following attorneys are no longer
2  associated with this case</u> and should <u>not</u> receive any further
3  Notices of Electronic Filings relating to activity in this case
4  (if the generic "U.S. Attorney CR" is still listed as active in
5  this case in CM/ECF, please terminate this association):
6  <u>Name</u> –
7  Please call me if you have any questions about this notice.
8  DATED: December 3, 2007

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Paul S. Cook
_____
PAUL S. COOK
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: paul.cook@usdoj.gov

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,           )   Case No. 07cr3056-WQH
                                    )
     Plaintiff,                     )
                                    )
     v.                             )
                                    )   CERTIFICATE OF SERVICE
ELOISE BIERLY ADAME(1),             )
STEVEN DANIEL BIERLY(2),            )
                                    )
                                    )
     Defendants.                    )
_____)

IT IS HEREBY CERTIFIED THAT:

   I, PAUL S. COOK, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of **GOVERNMENT'S NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

        1. FREDERICK M. CARROLL, ESQ.

        2. JASON I. SER, ESQ.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on December 3, 2007.

            s/ Paul S. Cook
            PAUL S. COOK