1 **JASON I. SER**
California State Bar No. 201816
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 jason_ser@fd.org

5 Attorneys for Mr. Bierly

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| UNITED STATES OF AMERICA, | ) | Case No.: 07cr3046-WQH |
|---|---|---|
| Plaintiff, | ) | Date: December 17, 2007 |
| | ) | Time: 2:00 p.m. |
| v. | ) | |
| | ) | **NOTICE OF MOTIONS AND MOTIONS TO:** |
| STEVEN BIERLY (2), | ) | |
| | ) | **(1) PRESERVE AND INSPECT EVIDENCE;** |
| Defendant. | ) | **(2) COMPEL DISCOVERY;** |
| | ) | **(3) DISMISS THE INDICTMENT DUE TO THE UNCONSTITUTIONALITY OF THE CHARGING STATUTES; AND,** |
| | ) | **(4) GRANT LEAVE TO FILE FURTHER MOTIONS** |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
       PAUL COOK, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that on December 17, 2007, at 2:00 p.m., or as soon thereafter as counsel may be heard, the accused, Steven Bierly, by and through his attorneys, Jason I. Ser and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined below.

//

//

# MOTIONS

Defendant, Mr. Bierly, by and through his attorneys, Jason I. Ser and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Preserve and Inspect Evidence;
(2) Compel Discovery
(3) Dismiss the Indictment Due to the Unconstitutionality of the Charging Statutes; and,
(4) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

DATED: December 10, 2007

 */s/ Jason I. Ser*
JASON I. SER
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Bierly
E-mail: jason_ser@fd.org