UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cr3056-WQH |
| Plaintiff, | ) | |
| v. | ) | |
| STEVEN BIERLY, | ) | **CERTIFICATE OF SERVICE** |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing Motion has been electronically served this day upon:

        Paul Cook
        Assistant United States Attorney
        880 Front Street
        San Diego, CA 92101

DATED: December 10, 2007

        /s/ Jason I. Ser
**JASON I. SER**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
E-mail: jason_ser@fd.org