**JASON I. SER**
California State Bar No. 201816
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
jason_ser@fd.org

Attorneys for Mr. Bierly

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07cr3056-WQH |
| Plaintiff, ) | Date: December 17, 2007 |
| ) | Time: 2:00 p.m. |
| v. ) | |
| ) | MOTION FOR ORDER |
| STEVEN BIERLY (2), ) | TO SHORTEN TIME |
| Defendant. ) | |

TO: KAREN HEWITT, UNITED STATES ATTORNEY; AND
     PAUL COOK, ASSISTANT UNITED STATES ATTORNEY:

The above-named defendant, by and through counsel, moves this Court for an order shortening time to file his *MOTIONS* to seven (7) day, to be heard Monday, December 17, 2007 at 2:00 p.m., or as soon thereafter as counsel may be heard, for the following reasons:

Defense counsel was unable to prepare the motions in a timely fashion because he was out of the district beginning November 19, 2007, and did not return until last Thursday, December 6, 2007. Prior to leaving, counsel had been preparing an emergency appellate brief in United States v. Bristow, which was completed the day before his departure from the district. Since returning, counsel has been drafting another emergency appellate brief in a second case, United States v. Barrios, due this week to the Ninth Circuit.

                                               Respectfully submitted,

DATED: December 10, 2007         JASON I. SER
                                            Federal Defenders of San Diego, Inc.
                                            Attorneys for Mr. Bierly